UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RALPH CARRILLO,<br><br>        Petitioner,<br><br>    v.<br><br>JIMMY SMITH,<br><br>        Respondent. | Case No.   15-cv-0997-TEH<br><br>ORDER GRANTING RESPONDENT'S MOTION TO DISMISS AND TO SHOW CAUSE<br><br>Re: Dkt. No. 16 |

   Petitioner Timothy Ralph Carrillo, a state prisoner, proceeds with a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Petitioner asserts the following claims:  (1) his federal speedy trial and right to due process was violated when the trial court denied his motion to dismiss for failure to comply with California's codification of the Interstate Agreement on Detainers (IAD); (2) ineffective assistance of trial and appellate counsel for failure to obtain pertinent IAD documents; and (3) his sentence violated the Eighth Amendment.

   Respondent has filed a motion to dismiss alleging that the first claim is exhausted but the final two claims are unexhausted.  Petitioner has filed an opposition seeking to strike the final two claims and proceed solely on the first exhausted claim regarding the denial of his motion to dismiss with respect to the IAD.

   For the foregoing reasons, the Court orders as follows:

1. Respondent's motion to dismiss (Docket No. 16) is GRANTED and claims two and three are struck from the petition. The petition continues on claim one.

2. Respondent shall file with the Court and serve on Petitioner, within sixty-three (63) days of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the Answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the Petition.

If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within twenty-eight (28) days of his receipt of the Answer.

3. In lieu of an Answer, Respondent may file a Motion to Dismiss on procedural grounds, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an Opposition or Statement of Non-Opposition within thirty-five (35) days of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a Reply within fourteen (14) days of receipt of any Opposition.

4. Petitioner is reminded that all communications with the Court must be served on Respondent by mailing a true copy of the document to Respondent's counsel. Petitioner also must keep the

2

1  Court and all parties informed of any change of address by filing
2  a separate document entitled "Notice of Change of Address."
3      IT IS SO ORDERED.
4  Dated: 09/16/2015

                                                                                               _____
                                                                                               THELTON E. HENDERSON
                                                                                               United States District Judge

G:\PRO-SE\TEH\HC.15\Carrillo0997.mtd.docx