UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RALPH CARRILLO,<br><br>       Petitioner,<br><br>  v.<br><br>JIMMY SMITH,<br><br>       Respondent. | Case No.  15-cv-0997-TEH<br><br>JUDGMENT |

    Pursuant to the order of dismissal signed today, a judgment of dismissal is entered against Petitioner.  Petitioner shall obtain no relief by way of his petition.

    IT IS SO ORDERED.

Dated: 5/4/2016

*[signature]*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.15\Carillo0997.jud.docx